*United States District Court*
*Northern District of New York*
**JUDGMENT IN A CIVIL CASE**

JEFFREY GRANGER,

　　　　　　　V.　　　　　　　CASE NUMBER: 5:06-CV-726 (NAM/GJD)

COMMISSIONER OF SOCIAL
SECURITY

[X]　　Decision by Court.  This action came to trial or hearing before the Court.
　　　　The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Commissioners' decision denying
disability benefits is REVERSED and this matter is REMANDED to the
Commissioner, pursuant to 42 U.S.C. section 405(g) for further proceedings
consistent with this decision.

September 30, 2009　　　　　　LAWRENCE K. BAERMAN

_____　　　　_____

DATE　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　s/

　　　　　　　　　　　　　_____

　　　　　　　　　　　　　DONNA M. FRANCISCO

　　　　　　　　　　　　　DEPUTY CLERK