VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650, Ext. 201
vernon.norwood@ssa.gov
Bar No. 513792

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
JEFFREY A. GRANGER,

              Plaintiff,

              Civil Action No.: 06-CV-0726

    v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

              **CONSENT ORDER FOR PAYMENT
              OF FEES PURSUANT TO THE EQUAL
              ACCESS TO JUSTICE ACT**

              Defendant.
-----------------------------------------------------------

    This matter having been opened to the Court by Charles E. Binder, Esq. for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that ANDREW T. BAXTER, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of Four Thousand Eight Hundred Eleven Dollars and Nine Cents ($4,811.09) for EAJA fees, and Three-Hundred Fifty Dollars and Zero Cents ($350.00) for costs, the Court having reviewed the record in this matter;

IT IS on this 27t day of May, 2010 ~~2009~~; ORDERED that **Plaintiff** be allowed a fee award under the Equal Access to Justice Act in the amount of Four Thousand Eight Hundred Eleven

Dollars and Nine Cents ($4,811.09) for EAJA fees, and Three-Hundred Fifty Dollars and Zero Cents ($350.00) for costs.

_____
Honorable Norman A. Mordue
United States District Court

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
United States Attorney

Dated: 11/19/2009

By:   /s/ *Vernon Norwood*
      Vernon Norwood
      Special Assistant U.S. Attorney
      Bar No. 513792

Dated: 11/30/09

Law Offices of Harry J. Binder &
Charles E. Binder, P.C.

By:   _____
      Charles E. Binder, Esq.
      Attorney for Plaintiff