# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

___

**JEFFREY A. GRANGER**

    vs.           **CASE NUMBER: 5:06-cv-726 (NAM)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

___

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioners' decision denying disability benefits is REVERSED and this matter is REMANDED to the Commissioner, pursuant to 42 U.S.C. § 405(g) for further proceedings.

That upon stipulation of the parties Plaintiff's attorney is awarded fees in the amount of four thousand eight hundred eleven dollars and nine cents ($4,811.09) for EAJA fees and three hundred and fifty dollars and zero cents ($350.00) for costs.

All of the above pursuant to the Orders of the Honorable Judge Norman A. Mordue, dated the 30th day of September, 2009 and the 27th day of May, 2010.

DATED: May 27, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk